# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri
### Eastern Division

In re:

Midwest Christian Villages, Inc..

Midwest Christian Villages, Inc., Hickory Point Christian Village, Inc., Lewis Memorial Christian Village, Senior Care Pharmacy Services, LLC, New Horizons PACE MO, LLC, Risen Son Christian Village, Spring River Christian Village, Inc., Christian Homes, Inc., Crown Point Christian Village, Inc., Hoosier Christian Village, Inc., Johnson Christian Village Care Center, LLC, River Birch Christian Village, LLC, Washington Village Estates, LLC, Christian Horizons Living, LLC, Wabash Christian Therapy and Medical Clinic, LLC, Wabash Christian Village Apartments, LLC, Wabash Estates, LLC, Safe Haven Hospice, LLC, Heartland Christian Village, LLC, Midwest Senior Ministries, Inc., Shawnee Christian Nursing Center, LLC, Safe Haven Hospice of Southern Illinois, LLC,

SLFAQ, LLC.

**Debtor(s)**

**Plaintiff(s)**

**Defendant(s)**

Bankruptcy Case No.: 24−42473 − A659

Chapter: 11

Adversary Proceeding No.:25−04040 − A659

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of the Clerk:
> United States Bankruptcy Court
> Eastern District of Missouri
> 111 South Tenth Street, 4th Floor
> St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer on plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> Stephen O'Brien  [Dentons US LLP]
> Hanley Corporate Tower
> 101 S. Hanley, Ste 600
> St. Louis, MO 63105

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pre−trial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | Courtroom |
|---|---|
| Unites States Bankruptcy Court<br>Thomas F. Eagleton Courthouse<br>111 South Tenth Street<br>St. Louis, MO 63102 | 7 North |
| | Date and Time<br>August 13, 2025   10:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. FAILURE OF THE PLAINTIFF TO APPEAR ON THE DATE AND TIME SET FORTH IN THIS SUMMONS AND NOTICE MAY RESULT IN DISMISSAL OF THIS ADVERSARY PROCEEDING.**

Dana C. McWay
_____
**Clerk of the Bankruptcy Court**

By:_____
John Howley Jr.
Deputy Clerk

July 1, 2025
_____
Date

Form B 2500B (Rev 11/19)

## CERTIFICATE OF SERVICE

I, __Stephen J. O'Brien_____, certify that service of this summons and a copy of the
(name)
complaint was made by electronic transmission on 7/1/25, and via United States mail, postage fully prepaid on 7/2/25 and were re-mailed on 7/21/25, but that counsel for defendant agreed on 7/2/25 to waive formal service of the summons.

☒ Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

    Tal Sant
    BECK & SANT, LLC
    11775 Borman Drive, Suite 216
    Maryland Heights, MO 63146

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__July 21, 2025_____          __[signature]_____
               Date                                                                                        Signature

| Print Name | Stephen J. O'Brien | | | | |
|---|---|---|---|---|---|
| Business Address | 101 S. Hanley Road, Suite 600 | | | | |
| City | St. Louis | State | MO | Zip | 63105 |